FILED: March 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1235
(8:22-cv-00487-GJH)

_____

RANDY RICHARDSON

        Plaintiff - Appellant

v.

PRINCE GEORGE'S COUNTY; ANGELA ALSOBROOKS; MELINDA BOLLING

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:22-cv-00487-GJH |
| Date notice of appeal filed in originating court: | 02/28/2023 |
| Appellant(s) | Randy Richardson |
| Appellate Case Number | 23-1235 |
| Case Manager | Rickie Edwards<br>804-916-2702 |